# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:25-cr-11 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| MARCO MAURICE BILLINGTON ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 210) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three count Indictment; (2) accept Defendant's guilty plea to Count One of the three count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with the intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846—specifically, Defendant conspired to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance for which the penalties are provided in 21 U.S.C. § 841(b)(1)(A), and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, for which the penalties are provided in 21 U.S.C. § 841(b)(1)(B); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 210) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1

1. Defendant's motion to withdraw his not guilty plea to Count One of the three count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with the intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846—specifically, Defendant conspired to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance for which the penalties are provided in 21 U.S.C. § 841(b)(1)(A), and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, for which the penalties are provided in 21 U.S.C. § 841(b)(1)(B); and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **March 13, 2026, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**